**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

SEAN M. SAGE,

    Petitioner,

v.                                                           CASE NO. 1:12cv47-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 10, 2012. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is DISMISSED without prejudice for failure to prosecute and failure to comply with a Court order.

    **DONE and ORDERED** this 8th day of June, 2012.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
                                    CHIEF UNITED STATES DISTRICT JUDGE**